United States District Court
Middle District of Florida
Jacksonville Division

**CEP AMERICA, LLC,**

*Plaintiff,*

v.                                                             NO. 3:25-cv-1572-TJC-PDB

**BLUE CROSS BLUE SHIELD OF FLORIDA, INC.,**

*Defendant.*

___

## Order of Recusal

I recuse myself from proceedings in this action because of a recent professional affiliation with one of the lawyers of record. The clerk must reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on December 23, 2025.

Patricia D. Barksdale
United States Magistrate Judge